# FRANKLIN, GRINGER & COHEN, P.C.

| | | |
|---|---|---|
| Glenn J. Franklin<br>Martin Gringer<br>Steven Elliot Cohen<br>Joshua A. Marcus*<br>Michael S. Mosscrop<br>Jasmine Y. Patel*<br>*ADMITTED TO NY AND NJ | ATTORNEYS AT LAW<br><br>666 OLD COUNTRY ROAD, SUITE 202<br>GARDEN CITY, NEW YORK 11530-2013<br>TELEPHONE (516) 228-3131. FAX (516) 228-3136 | Ken Sutak<br>of counsel |

May 10, 2021

**BY ECF**
Honorable Magistrate Judge Robert W. Lehrburger
United States District Judge
Southern District of New York
500 Pearl Street, Room 1960
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/10/2021
```

    **Re:**    **Acosta v. Superior One Management Corp. et al.**
            Case No. 21-cv-1163 (JMF)(RWL)

Dear Honorable Magistrate Judge Lehrburger:

    Our office represents Defendants in the above-referenced letter. I write this joint letter with Plaintiff's counsel's consent to notify the Court that the parties have agreed to terms to settle the above-referenced matter. The parties anticipate that within the next thirty days it will file a fairness letter and accompanying settlement agreement for Court approval of the settlement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

    Accordingly, the parties respectfully request that the settlement conference scheduled for May 14, 2021 at 9:30 A.M. and the date to file pre-conference submissions be adjourned *sine die*. The parties wish to thank Your Honor for his assistance in this matter.

                                         Respectfully Submitted,

                                         /s/

                                         Joshua Marcus

cc:    The Honorable Jesse M. Furman
        Marc Rappaport, Esq.

Granted. The settlement conference scheduled for later this week is adjourned sine die. The parties shall file their *Cheeks* submission by June 9, 2021.

SO ORDERED: *[signature]*
5/10/2021
_____
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE